ROBERT F. BRENNAN, ESQ. (CSBN 132449)
LAW OFFICES OF ROBERT F. BRENNAN A.P.C.
2103 Montrose Ave., Suite D
Montrose, CA 91020

Telephone:  (818) 249-5291
Facsimile:   (818) 249-4329
Email:          rbrennan@brennanlaw.com

Attorneys for Plaintiff LAMONTE HARDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE HARDY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>THE STATE OF CALIFRONIA, CALIFORNIA HIGHWAY PATROL, JESUS GONZALEZ, AND DOES 1-50,<br><br>                    Defendants. | Case No.:<br><br>Complaint Filed<br>Judge<br><br>PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND FOR WRONGFUL ACTS BY DEFENDANTS<br><br>JURY TRIAL DEMANDED |

## VENUE AND JURISDICTION

1. Venue is proper in this district because the underlying act, omissions, injuries and related facts and circumstances giving rise to present action occurred in this District.

2. This Court has jurisdiction over plaintiffs' federal claims under 42 U.S.C. §1983 pursuant 28 U.S.C. §§1331 and 1343. Plaintiff further invokes pendent jurisdiction of this Court to consider the claims arising under state law.

## PARTIES

3. Plaintiff LAMONTE HARDY is an adult and a resident of the State of California, County of Los Angeles.

- 1 –
PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND FOR WRONGFUL ACTS BY DEFENDANTS

JURY TRIAL DEMANDED

4. Defendant the STATE OF CALIFORNIA ("State") is, on information and belief, a governmental entity or corporation or political subdivision of the United States, organized and existing under the laws of the State of California. The CALIFORNIA HIGHWAY PATROL ("CHP") is a chartered subdivision of the State of California with the capacity to sue and be sued.

5. Defendant Jesus Gonzalez ("GONZALES"), at all relevant times set forth herein, was a natural person working for the CHP and State of California. He is sued in both his personal and official capacity.

6. Plaintiff does not know the true names and capacities of defendants herein sued as DOES 1-50 and therefore sues them by fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and herby alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages were proximately caused by such occurrences. At all times herein mentioned, all defendants, named and unnamed as DOES 1-50, were and are duly appointed officers, agents, and/or employees of the CHP.

7. Plaintiff is informed and believes and hereby alleges that at all times mentioned herein, defendants, and each of them, were the agents, servants, employees and/or joint venturers of their codefendants and were, as such, acting within the course, scope and authority of said agency, employment and/or venture. Plaintiff further alleges that each act alleged herein, whether by named defendant or fictitiously named defendant, was expressly authorized or ratified, as these terms are used in California Civil Code §3294(b), by each and every other defendant herein, whether named or fictitiously named.

8. On information and belief, Plaintiff alleges that the act of any Defendant, including those fictitiously named, is imputable to each and every other Defendant because one or more of the following relationships existed among the Defendants: principal-agent, employer-employee, partner or such other relationship which would make any liability vicarious and imputable to such other Defendant or Defendants in such relationship.

Plaintiff alleges the agents, servants, employees, partners and/or joint venturers of Defendants were acting within the course and scope of said employment and with the consent of, and under the close direction and control of the officers, directors, partners or managing agents of Defendants, and that said officers, directors, partners or managing agents personally authorized, approved of, adopted and/or ratified the acts alleged herein.

9. Plaintiff is required to comply with a claims statute and has complied with the applicable claims statutes.

10. Plaintiff was harmed as a direct and proximate result of the actions of defendants STATE, CHP, GONZALEZ, and DOES 1-50.

11. A notice of Government Claim was mailed to the State of California on or about July 6, 2022, (Exhibit A) via United States Postal Service Priority Mail Express, Tracking Number: 9481711899223885210929. The twenty-five-dollar ($25.00) check submitted along with the Government Claim was cashed by the State of California. However, Plaintiff received no response from the State of California.

## FACTUAL ALLEGATIONS

12. On January 10, 2022, Plaintiff was pulled over by a CHP officer, defendant GONZALEZ, while driving a vehicle that he had recently purchased, due to an alleged issue with his registration. During this traffic stop, the CHP officer, defendant GONZALEZ, ordered Plaintiff to remove his license plates from the vehicle. The front license plate of the vehicle was zip-tied to the vehicle bumper, and Plaintiff was unable to remove the license plate. At this time, the CHP officer, defendant GONZALEZ, issued Plaintiff a knife and ordered him to cut the zip-ties and remove the license plates. While following defendant GONZALEZ's orders, Plaintiff sustained an arm laceration.

13. Upon sustaining the laceration to his arm from GONZALEZ's knife, Plaintiff was transported via ambulance to Palmdale Regional Medical Center. While Plaintiff waited to be seen by doctors, two additional CHP officers questioned Plaintiff regarding the incident and the knife.

14. Plaintiff needed surgery to repair the wound to his arm and the nerve damage. Plaintiff experiences numbness and does not have full use of his left hand.

15. All of plaintiff's injuries could have been avoided had GONZALEZ issued plaintiff a fix it ticket and offered to follow him home to ensure that the license plates were removed from the vehicle using a proper tool.

16. Plaintiff was caused grievous bodily harm by ALL DEFENDANTS.

17. As a proximate result of the foregoing, Plaintiff has suffered intense physical pain, anguish, distress and despair and was deprived of his rights under Federal and State law.

## FIRST CAUSE OF ACTION

## VIOLATION OF CIVIL RIGHTS—42 USC SECTION 1983 IN CONJUNCTION WITH THE EIGHTH AMENDMENT TO THE UNITED STATES CONSITUTION AGAINST ALL DEFENDANTS

18. Plaintiff incorporates by reference paragraphs 1 through 15 as if set forth in full.

19. This complaint sets forth claims for deprivation of civil rights for violation of the Eighth Amendment to the United States Constitution against defendants STATE, CHP, GONZALES and DOES 1-50 pursuant to 42 U.S.C. §1983. At all times pertinent, all defendants were acting under color of state law.

20. Plaintiff further asserts claims against defendants STATE, CHP, GONZALES and DOES 1-50 pursuant to 42 U.S.C. §1983 on grounds that the unreasonable, reckless, intentional and deliberate acts and omissions of all defendants as set forth herein were a direct and legal cause of the deprivation of Plaintiff's rights. Plaintiff, an African-American male, is informed and believes that defendants' actions were motivated in part by racial animus against the plaintiff.

21. Plaintiff is informed and believes and thereon alleges that the aforementioned acts of defendants were willful, malicious, intentional, oppressive, reckless and/or were

done in willful and conscious disregard of the rights, welfare and safety of plaintiff, thereby justifying the awarding of punitive and exemplary damages against defendants in an amount to be determined at time of trial.

22. As a direct and legal result of the acts and omissions of defendants, plaintiff has suffered damages, including, without limitation, general damages, special damages, attorney's fees, costs of suit, and other pecuniary losses not yet ascertained and in an amount to be proven at time of trial.

## SECOND CAUSE OF ACTION
## NEGLIGENT OR WRONGFUL ACT OR OMISSION
## BY PUBLIC EMPLOYEE AGAINST
## ALL DEFENDANTS

23. Plaintiff incorporates all preceding paragraphs as though alleged in full in this cause of action.

24. Defendants STATE and CHP are subject to Cal. Gov't Code § 815.2(a), which provides that a "public entity is liable for injury proximately caused by an act or omission of an employee of the public entity within the scope of his employment if the act or omission would, apart from this section, have given rise to a cause of action against that employee or his personal representative." The CHP officer who instructed Plaintiff to use his knife, defendant GONZALEZ, along with DOES 1-50, inclusive, are employees of defendants STATE and CHP. They are subject to liability pursuant to Cal Gov't Code § 820(a), which provides that a "public employee is liable for injury caused by his act or omission to the same extent as a private person."

25. Plaintiff is informed and believes and thereon alleges that when defendants CHP, GONZALEZ, STATE and DOES 1-50 came into contact with Plaintiff, defendants assumed a duty of care toward Plaintiff in which they were required to use reasonable care, lawful tactics and lawful force in conducting the traffic stop and in handling the alleged registration issue.

26. This cause of action arises from defendants' breach of their duty to Plaintiff by using inappropriate tactics and defendants' negligence in the entire encounter with Plaintiff, causing severe injuries to Plaintiff.

27. As a direct and legal result of the acts and omissions of defendants, plaintiff has suffered damages, including, without limitation, general damages, special damages, attorney's fees, costs of suit, and other pecuniary losses not yet ascertained and in an amount to be proven at time of trial.

WHEREFORE, Plaintiff prays for judgment against the STATE OF CALIFORNIA, the CALIFORNIA HIGHWAY PATROL, JESUS GONZALEZ and DOES 1-50, Inclusive, as follows:

1. For general and special damages according to proof;
2. For costs of suit;
3. For punitive damages;
4. For attorney's fees where authorized by statute or law; and,
5. For such other relief as the court deems proper.

LAW OFFICES OF ROBERT F. BRENNAN, A P.C.

Dated: December _30, 2022       By: /s/Robert F. Brennan
                                ROBERT F. BRENNAN, ESQ.
                                Attorneys for Plaintiff
                                LAMONTE HARDY

PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND FOR WRONGFUL ACTS BY DEFENDANTS

JURY TRIAL DEMANDED