1  ROB BONTA
   Attorney General of California
2  RHONDA L. MALLORY
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER
   Deputy Attorney General
4  State Bar No. 201351
    600 West Broadway, Suite 1800
5   San Diego, CA 92101
    Telephone:  (619) 738-9567
6   Fax:        (619) 645-2581
    E-mail:  Douglas.Baxter@doj.ca.gov
7  *Attorneys for Defendant Jesus Gonzalez*

8  Robert F. Brennan, Esq. (CSBN 132449)
9  LAW OFFICES OF ROBERT F. BRENNAN A.P.C.
   2103 Montrose Ave., Suite D
10 Montrose, CA 91020 Telephone:  (818) 249-5291
11 Facsimile:  (818) 249-4329
   Email:  rbrennan@brennanlaw.com
12
   Attorneys for Plaintiff Lamonte Hardy
13

14            **IN THE UNITED STATES DISTRICT COURT**

15            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

| LAMONTE HARDY | Case No.: 2:22-cv-09455-JLS-AGRx |
|---|---|
| Plaintiff, | **PARTIES' STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| v. | Date:      UNDER SUBMISSION |
| JESUS GONZALEZ, AND DOES 1-50, | Time:      UNDER SUBMISSION |
| | Courtroom: 8A |
| Defendants. | Judge:     The Honorable Josephine L. Staton |

25        **TO THE ABOVE-ENTITLED COURT:**

26        Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff

27 Lamonte Hardy and Defendant Jesus Gonzalez (by and through their attorneys of

28 record) respectfully submit the following stipulation and joint request to this Court

                                    1

1 | for dismissal of this action without prejudice. A proposed order is also being
2 | submitted.
3 | **THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**
4 | 1. Plaintiff and Defendant agree to dismissal of this action and all claims
5 | therein without prejudice;
6 | 2. Both parties agree to bear their own costs and attorneys' fees.

Dated: March 25, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

*s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendant*
*Jesus Gonzalez*

Dated: March 25, 2024

LAW OFFICES OF ROBERT F. BRENNAN, A.P.C.

*s/ Robert F. Brennan*
ROBERT F. BRENNAN, ESQ.
*Attorney for Plaintiff*
*Lamonte Hardy*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

## JOINT MOTION SIGNATURE CERTIFICATION

I, Douglas E. Baxter, by my signature below, certify that the content of this document is acceptable to all named counsel above and that I have obtained authorization from counsel to affix their electronic signatures to this document.

Dated: March 25, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

*s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendant Jesus Gonzalez*

# CERTIFICATE OF SERVICE

Case Name: **Lamonte Hardy v. CHP, et al.**   No. **2:22-cv-09455-JLS-AGRx**

I hereby certify that on **March 25, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **March 25, 2024**, at San Diego, California.

A. J. Lopez
Declarant

Signature

LA2023600238
84457202.docx