JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE HARDY | Case No. 2:22-cv-09455-JLS-AGRx |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| JESUS GONZALEZ, AND DOES 1-50, | |
| Defendants. | |

Based on the Parties' Stipulation for Dismissal of Action without Prejudice (Doc. 33) and the authority of Rule 41(a)(2) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED:**

1.    This action and all claims therein against Defendant Jesus Gonzalez are hereby dismissed without prejudice.

2.    All parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  April 2, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1